JULIA MARINAN and PATRICK MARINAN, as Administrators, etc., of PATRICK JOSEPH MARINAN, Appellants, v. HERBERT KRONBERGER, Respondent.— Plaintiffs' intestate, riding in defendant's automobile, was killed when the car struck a pole or stanchion at the intersection of Ocean parkway and Avenue Z, in the borough of Brooklyn. At the time of the collision the car was being operated by a stranger, defendant, the owner, being in the rumble seat. Plaintiffs' intestate was in the front seat, with another passenger between him and the driver. The appeal is from a judgment dismissing the complaint at the close of plaintiffs' case. Judgment affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Davis

and Adel, JJ., concur; Taylor, J., dissents and votes for reversal and a new trial upon the ground that the proofs presented issues of fact for the jury upon the question of liability, this case being plainly distinguishable from *Galbraith* v. *Busch* (267 N. Y. 230), in which an automobile suddenly swerved from and left the highway. The case at bar involved the striking of a traffic stanchion *in* the highway.